IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 72.180.244.38

**ISP:** Time Warner Cable
**Physical Location:** Brownsville, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/25/2018 09:46:24 | 33DA2B158255CFA46BC8138AD351DC46428511B0 | Purely Passionate |
| 01/25/2018 01:18:08 | 34A754A90FA6F09691192CEB690C6B39E4C24F90 | Fill Her Up |
| 10/25/2017 03:08:47 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 10/24/2017 23:28:12 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 10/24/2017 22:35:15 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 10/24/2017 22:20:56 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 10/24/2017 20:25:32 | 71D362F0AE6CE4E6E19C62D7824019BE1F25443A | Black Lace and Blonde Hair in My Bed |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

STX135